UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00207-GMN-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| JORGE VALDOVINO-NOGUEDA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 10, 2013 at 8:30 .am., be vacated and continued to  January 24, 2013,  at the hour of  10:00   a .m.

DATED this  4th  day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

3